IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | INDICTMENT |
| vs. ) | |
| ) | Criminal No. 2011-37 |
| WELCOME JEFFREY KING, ) | |
| ANDREW ROXROY SEYMOUR, ) | |
| ZIGGY DWAYNE BENJAMIN, ) | |
| KESTER CLAUDIUS JULIEN, and ) | |
| ORLAND GUYELMO DE COTEAU, ) | |
| ) | |
| Defendants. ) | |

THE GRAND JURY CHARGES:

### COUNT ONE

*46, U.S.C. § 70503(a)(1)*
*(Conspiracy Aboard a Vessel)*

Beginning on an unknown date and continuing through on or about September 16, 2011, while aboard a vessel subject to the jurisdiction of the United States, the defendants,

**WELCOME JEFFREY KING,**
**ANDREW ROXROY SEYMOUR,**
**ZIGGY DWAYNE BENJAMIN,**
**KESTER CLAUDIUS JULIEN, and**
**ORLAND GUYELMO DE COTEAU,**

each of whom will be first brought into the United States at a point in the District of the Virgin Islands, while aboard a vessel subject to the jurisdiction of the United States, the defendants did knowingly and willfully combine, conspire, and agree with each other and with other persons known and unknown, to possess with the intent to distribute five (5)

kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 46, United States Code, Sections 70503(a)(1) and 70506(a) and (b).

THE GRAND JURY FURTHER CHARGES:

## COUNT TWO

*46, U.S.C. § 70503*
*21, U.S.C. § 841(a)(1)*
*(Possession with Intent to Distribute)*

On or about September 16, 2011, while aboard a vessel subject to the jurisdiction of the United States, the defendants,

**WELCOME JEFFREY KING,**
**ANDREW ROXROY SEYMOUR,**
**ZIGGY DWAYNE BENJAMIN,**
**KESTER CLAUDIUS JULIEN, and**
**ORLAND GUYELMO DE COTEAU,**

did knowingly and willfully, while aiding and abetting each other and other persons known and unknown, possess with the intent to distribute five (5) kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

All in violation of Title 46, United States Code, Sections 70503(a) and 70506(a); Title 18, United States Code, Section 2 and Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii).

*United States v. Welcome King, et al.*
Indictment
Page 4

## **FORFEITURE**

1.  The allegations contained in Count One through Count Two of this Indictment are hereby repeated, re-alleged, and incorporated by reference herein as though fully set forth at length for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1), and Title 8, United States Code, 1324(b). Pursuant to Rule 32.2, Fed. R. Crim. P., notice is hereby given to the defendants that the United States will seek forfeiture as part of any sentence in the event of any defendant's conviction under Counts One and Two of this Indictment.

2.  Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Sections 841 and/or 846, the defendants, including but not limited to **WELCOME JEFFREY KING, ANDREW ROXROY SEYMOUR, ZIGGY DWAYNE BENJAMIN, KESTER CLAUDIUS JULIEN,** and **ORLAND GUYELMO DE COTEAU,** shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained directly or indirectly, as the result of such offense[s] and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s). The property to be forfeited includes, but is not limited to, the following:

*United States v. Welcome King, et al.*
Indictment
Page 8

The Grand Jury returned a TRUE BILL.

RONALD W. SHARPE
UNITED STATES ATTORNEY

_____
Delia L. Smith
Assistant United States Attorney
5500 Veteran's Drive, Suite 260
St. Thomas, Virgin Islands 00802
Telephone (340) 774-5757
Facsimile  (340) 776-3474

DISTRICT COURT OF THE VIRGIN ISLANDS: Returned into the District Court on this 1st day of December, 2011 by Grand Jurors and filed.

_____
RUTH MILLER
UNITED STATES MAGISTRATE JUDGE

ATTEST:

Wilfredo F Morales
Clerk of the Court

By: _____
        Deputy Clerk