IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 2011-37 |
| ) | |
| WELCOME JEFFREY KING, et. al., ) | |
| ) | |
| Defendant. ) | |
| ) | |

### NOTICE OF GOVERNMENT'S
### SECOND SUPPLEMENTAL DISCOVERY

The United States of America, by its attorney, Ronald W. Sharpe, United States Attorney for the District of the Virgin Islands, Kim R. Lindquist and Delia L. Smith, Assistant United States Attorney, hereby provides the following supplemental discovery pursuant to Fed. R. Crim. P. 16.

On December 7, 2011, the government provided the following additional discovery: Second Supplemental Discovery document, bate-stamped pages 000306-000406.

WHEREFORE, the government respectfully submits to this Court that the supplemental discovery stated above was submitted to the defendants.

Respectfully submitted,

RONALD W. SHARPE
UNITED STATES ATTORNEY

Dated: December 7, 2011          By:     /s/Kim R. Lindquist
                                         Kim R. Lindquist
                                         Assistant United States Attorney
                                         5500 Veteran's Drive, Suite 260
                                         St. Thomas, Virgin Islands 00802

                                         /s/Delia L. Smith
                                         Delia L. Smith
                                         Assistant United States Attorney
                                         5500 Veteran's Drive, Suite 260
                                         St. Thomas, Virgin Islands 00802

<u>U.S. v. Welcome King, et al., Crim. No. 2011-37</u>
Notice of Govt's Second Supplemental Discovery
Page 2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 7th day of December, 2011, I electronically filed the foregoing Notice of Govts's Second Supplemental Discovery with the Clerk of the Court using the CM/ECF system, which will send a notification of such filing (NEF) to the following:

Gabriel J. Villegas, Esq.
Assistant Federal Public Defender
Office of the Federal Public Defender
S51-B Kongens Gade, Suite 1
P.O. Box 1327
St. Thomas, V.I. 00804-1327
gabriel_villegas@fd.org

Carl R. Williams
Law Offices of Robert L. King
Windward Passage- Veterans Drive
P.O. Box 9768
St. Thomas, VI 00801
vislandlaw@yahoo.com

Leslie L. Payton
The Payton Law Firm
P.O. Box 305272
St. Thomas, VI 00803
lesliepayton@hotmail.com

David J. Cattie
Ogleetree Deakins
The Tunick Building Suite 201 1336
Beltjen Road
St. Thomas, VI 00802
david.cattie@ogletreedeakins.com

Clive Claudius Rivers, Esq.
Law Offices of Clive Rivers
Nisky Center, Suite 233
St. Thomas, V.I. 00801
ccrivers64@gmail.com

/s/ Delia L. Smith
Delia L. Smith
Office of the U.S. Attorney
Ron de Lugo Federal Building
5500 Veterans Drive, Suite 260
St. Thomas, V.I. 00802-6424
delia.smith@usdoj.gov